**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY SCOTT ADAMS, | NO. EDCV 12-00338-TJH (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| RTC GROUNDS, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order: Denying Petition And Dismissing Action With Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: MARCH 20, 2012.

                                                                            /s/ Terry J. Hatter, Jr.
                                                                            TERRY J. HATTER, JR.
                                                                            UNITED STATES DISTRICT JUDGE